UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH NASH,

           Petitioner,

  v.

BETH GRAVES,

           Respondent.

CASE NO.  C10-5151RBL/JRC

ORDER TO SHOW CAUSE

      This Habeas Corpus action filed pursuant to 28 U.S.C. 2254 has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.  This petition addresses community custody placement.  Petitioner argues that when his community custody is revoked for a violation and he is incarcerated, the time he spends on community custody tolls.  He argues that this practice is increasing the length of his sentence unconstitutionally.  The court has reviewed the petition and finds that Petitioner is currently raising these issues before the Washington State Court of Appeals in a Personal Restraint Petition (Dkt. # 1, proposed petition, pages 5 and 6), but according to Petitioner the matter is "still pending" before  the Court of Appeals.  Id.

ORDER- 1

A federal habeas petitioner must provide the state courts with a fair opportunity to correct alleged violations of prisoners' federal rights.  <u>Duncan v. Henry</u>, 513 U.S. 364 (1995).  In order to bring the issue to this court, petitioner must have exhausted these claims at every level of appeal in the state courts.  <u>Ortberg v. Moody</u>, 961 F.2d 135, 138 (9th Cir. 1992).  It is not enough that all the facts necessary to support the federal claim were before the state courts.  <u>Id</u>, *citing* <u>Picard v. Connor</u>, 404 U.S. 270 (1971) and <u>Anderson v. Harless</u>, 459 U.S. 4 (1982).  The state courts must also be given the opportunity to rule before the federal court may rule on the petition.

Petitioner is ORDERED to show cause why this petition should not be dismissed without prejudice prior to service.  A response is due on or before **April 9, 2010**.  Failure to file a response will result in a Report and Recommendation that this petition be dismissed without prejudice as unexhausted and for failure to comply with a court order.

The clerk's office is directed to send a copy of this order to Petitioner and place the **April 9, 2010** due date on the court's calendar.

Dated this 9th day of March, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER- 2