UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH NASH,

              Petitioner,

        v.

BETH GRAVES,

              Respondent.

CASE NO. C10-5151RBL/JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court, having reviewed the file, the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED WITHOUT PREJUDICE as unexhausted;

(3) The Court declines to issue a certificate of appealability; and

(4) The Clerk's Office is directed to send petitioner a copy of this order.

DATED this 11th day of June, 2010.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1