# United States District Court

WESTERN DISTRICT OF WASHINGTON

KEITH NASH,

v.

BETH GRAVES.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5151RBL/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) This action is DISMISSED WITHOUT PREJUDICE as unexhausted; and

(3) The Court declines to issue a certificate of appealability.

|  |  |
|---|---|
| June 14, 2010 | BRUCE RIFKIN |
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk